## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**KOTTKE CATTLE, LLC, an Illinois Limited Liability Company,**

      **Plaintiff,**

      **v.**

**CASE NO. 1:21-cv-01004-JB-LF**

**ZIA AGRICULTURAL CONSULTING, LLC, a New Mexico Limited Liability Company, NARCISO PEREZ, and SEAN PEREZ,**

      **Defendants.**

---

### F.R.CIV.P. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ZIA AGRICULTURAL CONSULTING, LLC

Defendant ZIA AGRICULTURAL CONSULTING, LLC, a New Mexico Limited Liability Company, by and through its undersigned counsel, discloses pursuant to Rule 7.1 of the Federal Rules of Civil Procedure that it has no parent company and no publicly traded company owns 10% or more of its shares.

Dated: October 29, 2021        Respectfully submitted,

      **VENABLE LLP**

By:   */s/ John S. Worden*
      John S. Worden (*Pro Hac* Pending)
      101 California Street, Suite 3800
      San Francisco, CA 94111
      Telephone: 415.653.3750
      Facsimile: 415.653.3755
      Email: jsworden@venable.com

      **GIDDENS & GATTON LAW P.C**
      Dave Giddens
      Rameez Burney
      10400 Academy Road NE, Suite 350
      Albuquerque, NM 87111
      Telephone: 505-273-3720
      Facsimile: 505-271-4848

Email:  Dave@giddenslaw.com
Rameez@giddenslaw.com

*Attorneys for Defendant Zia Agricultural
Consulting, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th  day of October, 2021, the foregoing was filed electronically through the CM/ECF filing system, which caused the following counsel to be served by electronic means and that a copy was sent by email to:

Donald F. Kochersberger III
Alicia M. McConnell
Business Law Southwest LLC
320 Gold Ave SW, Ste 610
Albuquerque, NM 87102-3299
Donald@businesslawsw.com
Alicia@businesslawsw.com

*Attorneys for Plaintiff KOTTKE CATTLE, LLC*

By:     */s/ John S. Worden*
        John S. Worden