FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 18 2022

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ZIA AGRICULTURAL CONSULTING, LLC,

    Plaintiff,

v.                                                                       Civ. No. 1:20-cv-00445 MIS/JHR

TYSON FRESH MEATS, INC.,

    Defendant.

## FINAL JUDGMENT

This action came before the Court and a jury for trial on July 11, 2022. The issues having been duly tried and the jury having duly rendered its verdict on July 14, 2022, the Court hereby approves and enters this final judgment in accordance with Fed. R. Civ. P. 58(b) and the Special Verdict Form.

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff Zia Agricultural Consulting, LLC, recover from Defendant Tyson Fresh Meats, Inc., the sum of $2,573,171.00 actual damages and $8,000,000.00 punitive damages

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE